# FIELDS LAW FIRM

Minneapolis | Dallas | Philadelphia

BLAKE BAUER
PRINCIPAL | ATTORNEY*
DIRECT 612-206-3489
1-888-847-8517 EXT. 489
BLAKE@FIELDSLAW.COM
*Licensed in MN and TX

ROBERTO SALAS
PARALEGAL
DIRECT 612-383-1865
1-888-847-8517 EXT. 865
ROBERTO@FIELDSLAW.COM

April 24, 2024

The Honorable Judge Brantly Starr
Northern District of Texas
1100 Commerce Street, Room 1528
Dallas, TX 75242-1003

*VIA ECF*

RE:     Garland Sexton v. Equifax Information Services LLC, et al.
        Court File No. 3:24-cv-350-X

Dear Judge Starr:

Please be advised that Plaintiff Garland Sexton and Experian Information Solutions, Inc. have settled the claims between these two parties subject to the signing of a settlement agreement and release and expect to file a Notice of Dismissal within 60 days. Defendant Nationstar Mortgage LLC still remains, and Plaintiff has not settled the claim with this Defendant.

Respectfully Submitted,

*/s/ Blaker Bauer*

Blake Bauer
BB/ras
Attorney

cc: All Counsel (via ECF)