# FIELDS LAW FIRM

Minneapolis | Dallas | Philadelphia

| | |
|---|---|
| BLAKE BAUER | ROBERTO SALAS |
| PRINCIPAL | ATTORNEY* | PARALEGAL |
| DIRECT 612-206-3489 | DIRECT 612-383-1865 |
| 1-888-847-8517 EXT. 489 | 1-888-847-8517 EXT. 865 |
| BLAKE@FIELDSLAW.COM | ROBERTO@FIELDSLAW.COM |
| *Licensed in MN and TX | |

May 3, 2024

The Honorable Judge Brantly Starr
Northern District of Texas
1100 Commerce Street, Room 1528
Dallas, TX 75242-1003

*VIA ECF*

RE:   Garland Sexton v. Equifax Information Services LLC, et al.
      Court File No. 3:24-cv-350-X

Dear Judge Starr:

Please be advised that Plaintiff Garland Sexton and Nationstar Mortgage LLC, successor by merger to Rushmore Loan Management Services LLC have settled the claims between these two parties subject to the signing of a settlement agreement and release and expect to file a Joint Stipulation of Dismissal within 60 days. No defendants remain.

Respectfully Submitted,

*/s/ Blaker Bauer*

Blake Bauer
BB/ras
Attorney

cc: All Counsel (via ECF)