**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF TEXAS**
**DALLAS DIVISION**

| | |
|---|---|
| Garland Sexton, <br><br>      Plaintiff, <br><br> vs. <br><br> Equifax Information Services LLC, et al., <br><br>      Defendants. | Case No. 3:24-cv-350-X <br><br><br> **STIPULATION FOR DISMISSAL WITH PREJUDICE AS TO TRANS UNION LLC** |

IT IS HEREBY STIPULATED AND AGREED by and among Plaintiff and Defendant, Trans Union LLC **ONLY**, by and through their undersigned attorneys, that all claims by Plaintiff against Defendant Trans Union LLC **ONLY**, shall be dismissed with prejudice, on its merits and in its entirety and without an award of costs, disbursements or attorneys' fees to either Plaintiff or Defendant.

Dated: 5/28/2024

**Fields Law Firm**

*/s/ Blake R. Bauer*
**BLAKE R. BAUER**
Reg. No. 0390262
**FIELDS LAW FIRM**
9999 Wayzata Blvd.
Minnetonka, MN 55305
T: (612) 206-3489
F: (612) 370-4256
FCRA-TX@fieldslaw.com

**LAW OFFICE OF JONATHAN A. HEEPS**

/s/ *Jonathan A. Heeps*
Jonathan A. Heeps
TX Bar No.: 24074387

Post Office Box 174372
Arlington, TX 76003
T: (682) 738-6415
F: (844) 738-6416
Email: jaheeps@heepslaw.com

**Counsel for Plaintiff**


Dated: 5/28/2024                              **Trans Union LLC**


By: /s/Charlotte Long
Charlotte Long
TX Bar No. 24094692
554 Baroque Way
Irving, TX 75060
T: (469) 578-1464
charlotte.long@transunion.com

**Counsel for Defendant**