UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| GARLAND SEXTON,<br><br>　　　　Plaintiff,<br>vs.<br><br>Equifax Information Services LLC, et al.,<br><br>　　　　Defendants. | Case No. 3:24-cv-350<br><br>**STIPULATION FOR DISMISSAL WITH PREJUDICE AS TO NATIONSTAR MORTGAGE LLC** |

IT IS HEREBY STIPULATED AND AGREED by and among Plaintiff and Defendant, Nationstar Mortgage LLC, successor by merger to Rushmore Loan Management Services LLC **ONLY**, by and through their undersigned attorneys, that all claims by Plaintiff against Defendant Nationstar Mortgage LLC, successor by merger to Rushmore Loan Management Services LLC **ONLY**, shall be dismissed with prejudice, on its merits and in its entirety and without an award of costs, disbursements or attorneys' fees to either Plaintiff or Defendant.

Dated: 6/5/2024　　　　　　　　　　　RESPECTFULLY SUBMITTED,

　　　　　　　　　　　　　　　　　　　**Fields Law Firm**

　　　　　　　　　　　　　　　　　　　*/s/ Blake R. Bauer*
　　　　　　　　　　　　　　　　　　　**BLAKE R. BAUER**
　　　　　　　　　　　　　　　　　　　Reg. No. 0390262
　　　　　　　　　　　　　　　　　　　**FIELDS LAW FIRM**
　　　　　　　　　　　　　　　　　　　9999 Wayzata Blvd.
　　　　　　　　　　　　　　　　　　　Minnetonka, MN 55305
　　　　　　　　　　　　　　　　　　　T: (612) 206-3489
　　　　　　　　　　　　　　　　　　　F: (612) 370-4256
　　　　　　　　　　　　　　　　　　　Blake@fieldslaw.com

1

        **LAW OFFICE OF JONATHAN A. HEEPS**

        /s/ *Jonathan A. Heeps*
        Jonathan A. Heeps
        TX Bar No.: 24074387
        Post Office Box 174372
        Arlington, TX 76003
        T: (682) 738-6415
        F: (844) 738-6416
        Email: jaheeps@heepslaw.com

        *Counsel for Plaintiff*


Dated: 6/5/2024        **McGuireWoods LLP**

        By: /s/ Andrew N. Bernardini
        Andrew N. Bernardini
        NC Bar No. 29107 (and admitted to practice
        In the USDC, NDTX)
        201 North Tryon Street, Suite 3000
        Charlotte, NC 28202-2146
        T: (704) 373-4616
        F: (704) 373-8824
        abernardini@mcguirewoods.com

        *Counsel for Defendant*