UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| Garland Sexton,<br><br>                    Plaintiff,<br>v.<br><br>Equifax Information Services LLC, et al.,<br><br>                    Defendants. | Case No. 3:24-cv-350-X<br><br>**NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE** |

Plaintiff Garland Sexton, by and through his undersigned counsel hereby dismisses its Complaint against Defendant Equifax Information Services LLC **ONLY** with prejudice in the above-captioned case without costs to either party pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure.

Dated: 6/11/2024                       RESPECTFULLY SUBMITTED,

**Fields Law Firm**

*/s/ Blake R. Bauer*
**BLAKE R. BAUER**
MN Bar. No. 0396262
**FIELDS LAW FIRM**
9999 Wayzata Blvd.
Minnetonka, MN 55305
T: (612) 206-3489
F: (612) 370-4256
Blake@fieldslaw.com


*/s/ Jonathan A. Heeps*
Jonathan A. Heeps
TX Bar No.: 24074387
Post Office Box 174372
Arlington, TX 76003
T: (682) 738-6415
F: (844) 738-6416
jaheeps@heepslaw.com

*Counsel for Plaintiff*